UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMADOU SANKARA,<br>        Petitioner,<br>    v.<br>WILLIAM P. BARR, et al.,<br>        Respondents. | Case No. 19-cv-06306-SI<br><br>**ORDER OF DISMISSAL** |

On October 25, 2019, mail that had been sent from the court to petitioner at the address he provided to the court was returned undelivered, bearing a stamp that stated "return to sender – not deliverable as addressed – unable to forward." Docket No. 4. Petitioner has not updated his address and more than sixty days have passed since the mail was first returned to the court undelivered. Petitioner has failed to comply with Local Rule 3-11(a) which requires a party proceeding *pro se* to "promptly file with the court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the court to dismiss a complaint without prejudice when mail directed to a *pro se* party is returned as not deliverable and the *pro se* party fails to send written notice of his current address within sixty days of the return of the undelivered mail. This action is DISMISSED without prejudice because petitioner failed to keep the court informed of his address in compliance with Local Rule 3-11(a).

**IT IS SO ORDERED**.

Dated: January 6, 2020

_____
SUSAN ILLSTON
United States District Judge