UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMADOU SANKARA,<br><br>   Petitioner,<br><br> v.<br><br>WILLIAM P. BARR, et al.,<br><br>   Respondents. | Case No. 19-cv-06306-SI<br><br>**JUDGMENT** |

This action is dismissed without prejudice because petitioner did not keep the court informed of his current address.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 6, 2020

_____
SUSAN ILLSTON
United States District Judge