UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMADOU SANKARA,<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM P. BARR, et al.,<br><br>    Respondent. | Case No. 19-cv-06306-SI<br><br>**ORDER**<br><br>Re: Dkt. No. 14 |

Petitioner's motion for reconsideration of the order denying his earlier motion for reconsideration is DENIED. Docket No. 14.

**IT IS SO ORDERED**.

Dated: March 9, 2020

_____
SUSAN ILLSTON
United States District Judge